IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | Magistrate No.: 8:18MJ202 |
|   | ) |   |
| ESDON HAUKASS, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

DATED this 12th day of July, 2018.

_____
MICHAEL D. NELSON
United States Magistrate Judge